B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>District of Nevada | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Vantage Lofts, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>n/a |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>n/a |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): 48-1298863 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>n/a |
| Street Address of Debtor (No. and Street, City, and State):<br>c/o Cooper Coons, Ltd.<br>10655 Park Run Drive, Suite 150, Las Vegas Nevada<br>ZIP CODE 89144 | Street Address of Joint Debtor (No. and Street, City, and State):<br>n/a<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Clark | County of Residence or of the Principal Place of Business:<br>n/a |
| Mailing Address of Debtor (if different from street address):<br>n/a<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>n/a<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>201 South Gibson, Las Vegas, Nevada  89012      ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>    *See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>    check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>    11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>    Multi-unit Real Estate | ☐ Chapter 7           ☐ Chapter 15 Petition for<br>☐ Chapter 9                Recognition of a Foreign<br>☑ Chapter 11               Main Proceeding<br>☐ Chapter 12          ☐ Chapter 15 Petition for<br>☐ Chapter 13               Recognition of a Foreign<br>                                     Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization<br>    under Title 26 of the United States<br>    Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer    ☑ Debts are primarily<br>    debts, defined in 11 U.S.C.              business debts.<br>    § 101(8) as "incurred by an<br>    individual primarily for a<br>    personal, family, or house-<br>    hold purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>    signed application for the court's consideration certifying that the debtor is<br>    unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>    attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>    insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment<br>    on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>    of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>    distribution to unsecured creditors. | |

| Estimated Number of Creditors | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐<br>1-49 | ☐<br>50-99 | ☑<br>100-199 | ☐<br>200-999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>Over<br>100,000 |

| Estimated Assets | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☑<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |

| Estimated Liabilities | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☑<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |

B1 (Official Form 1) (4/10) Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Vantage Lofts, LLC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: District of Nevada | Case Number: BK-S-08-16586-LBR | Date Filed: 06/15/2008 |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: n/a | Case Number: | Date Filed: |
|---|---|---|
| District: District of Nevada | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  /s/ J. Charles Coons    04/25/2011<br>Signature of Attorney for Debtor(s)   (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form) 1 (4/10) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** Vantage Lofts, LLC |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X n/a — Signature of Debtor  X — Signature of Joint Debtor — Telephone Number (if not represented by attorney) — Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X n/a (Signature of Foreign Representative) — (Printed Name of Foreign Representative) — Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X /s/ J. Charles Coons — Signature of Attorney for Debtor(s) J. Charles Coons (NV: 10553) Printed Name of Attorney for Debtor(s) Cooper Coons, Ltd. Firm Name 10655 Park Run Drive, Suite 150, Las Vegas, Nevada 89144 Address (702) 998-1500 Telephone Number 04/25/2011 Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. n/a Printed Name and title, if any, of Bankruptcy Petition Preparer Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X [signature] Signature of Authorized Individual Chad C. Slade Printed Name of Authorized Individual Manager Title of Authorized Individual 04/25/2011 Date | Address X — Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### District of Nevada

In re  Vantage Lofts, LLC
Debtor(s)

Case No. _____
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A.W. Farrel & Son, Inc.<br>3761 East Lake Road<br>Dunkirk, NY | A.W. Farrel & Son, Inc.<br>3761 East Lake Road<br>Dunkirk, NY | construction services | | 60,470.60 |
| America Nevada Corp.<br>901 N. Green Valley Parkway, Suite 200<br>Henderson, NV 89074 | America Nevada Corp.<br>901 N. Green Valley Parkway, Suite 200<br>Henderson, NV 89074 | office lease | Disputed | 120,000.00 |
| Black Mountain Engineering, Inc.<br>121 Industrial Park Road, Suite 103<br>Henderson, NV 89015 | Black Mountain Engineering, Inc.<br>121 Industrial Park Road, Suite 103<br>Henderson, NV 89015 | construction services | | 68,653.00 |
| Bombard Mechanical<br>3933 W. Ali Baba<br>Las Vegas, NV 89118 | Bombard Mechanical<br>3933 W. Ali Baba<br>Las Vegas, NV 89118 | construction services/supplies | | 319,382.53 |
| City of Henderson<br>240 Water Street<br>Henderson, NV 89009 | City of Henderson<br>240 Water Street<br>Henderson, NV 89009 | Building Permits | | 76,145.61 |
| Clark County Treasurer<br>500 S. Grand Central Parkway<br>P.O. Box 551220<br>Las Vegas, NV 89155-1220 | Clark County Treasurer<br>500 S. Grand Central Parkway<br>Las Vegas, NV 89155-1220 | taxes | | 108,612.83 |
| D.A. Whitacre<br>1108 Greenfield Drive<br>El Cajon, CA 92021 | D.A. Whitacre<br>1108 Greenfield Drive<br>El Cajon, CA 92021 | framing construction-retention | | 296,074.00 |
| GRG, Inc.<br>1601 Westhall Lane<br>Maitland, FL 32751 | GRG, Inc.<br>1601 Westhall Lane<br>Maitland, FL 32751 | construction services/supplies | Disputed | 74,800.43 |
| Insulpro Projects<br>1401 Trade Drive<br>North Las Vegas, NV 89030 | Insulpro Projects<br>1401 Trade Drive<br>North Las Vegas, NV 89030 | construction services/supplies | | 89,132.80 |
| Nevada Gypsum Floors, Inc.<br>3588 S. Valley View Blvd.<br>Las Vegas, NV 89103 | Nevada Gypsum Floors, Inc.<br>3588 S. Valley View Blvd.<br>Las Vegas, NV 89103 | construction services/supplies | | 180,763.79 |

B4 (Official Form 4) (12/07) - Cont.

In re  Vantage Lofts, LLC
                  Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Nuco Plastering & Stucco, Inc.<br>9611 N. 16th Avenue<br>Phoenix, AZ 85021 | Nuco Plastering & Stucco, Inc.<br>9611 N. 16th Avenue<br>Phoenix, AZ 85021 | construction services/supplies | Disputed | 122,452.59 |
| Philadelphia Ins Co<br>P.O. Box 70251<br>Philadelphia, PA 19176-0251 | Philadelphia Ins Co<br>P.O. Box 70251<br>Philadelphia, PA 19176-0251 | insurance | | 75,736.00 |
| R&J Steel<br>1161 Brooks Avenue<br>North Las Vegas, NV 89032 | R&J Steel<br>1161 Brooks Avenue<br>North Las Vegas, NV 89032 | construction supplies | | 82,137.77 |
| Rebel Builders<br>9165 S. Jones Blvd.<br>Las Vegas, NV 89139 | Rebel Builders<br>9165 S. Jones Blvd.<br>Las Vegas, NV 89139 | construction services/supplies | | 257,148.71 |
| Scripps Investments and Loans, Inc.<br>484 Prospect Street<br>La Jolla, CA 92037-4261 | Scripps Investments and Loans, Inc.<br>484 Prospect Street<br>La Jolla, CA 92037-4261 | 201 S. Gibson<br>Henderson,<br>Nevada 89015 | | 32,400,000.00<br>(40,000,000.00 secured)<br>(35,000,000.00 senior lien) |
| Simplexgrinnell<br>1545 Pama Lane<br>Las Vegas, NV 89119-4304 | Simplexgrinnell<br>1545 Pama Lane<br>Las Vegas, NV 89119-4304 | construction services/supplies | | 136,895.66 |
| Slade Development<br>3300 Pollux Avenue<br>Las Vegas, NV 89102 | Slade Development<br>3300 Pollux Avenue<br>Las Vegas, NV 89102 | construction services/supplies | | 1,087,029.00 |
| Slade Development<br>3300 Pollux Avenue<br>Las Vegas, NV 89102 | Slade Development<br>3300 Pollux Avenue<br>Las Vegas, NV 89102 | Reimbursement for development expenses and costs | | 600,408.00 |
| Slaton Bros. SW, LLC<br>2021 W. Adobe Drive<br>Phoenix, AZ 85027 | Slaton Bros. SW, LLC<br>2021 W. Adobe Drive<br>Phoenix, AZ 85027 | construction services/supplies | | 154,925.97 |
| The Plumber, Inc.<br>59 N. 30th Street<br>Las Vegas, NV 89101 | The Plumber, Inc.<br>59 N. 30th Street<br>Las Vegas, NV 89101 | Plumbing services | | 364,396.12 |

B4 (Official Form 4) (12/07) - Cont.
In re   Vantage Lofts, LLC                                              Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Secretary, Slade Development, Inc., Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   4-26-11                     Signature   _____
                                                Chad Slade
                                                Secretary, Slade Development, Inc., Manager

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Nevada

In re **Vantage Lofts, LLC**           Case No._____
        Debtor                                    (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☑ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.                                                Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____, Mngr

Date: 04/25/2011

WILLIAMS & WIESE
C/O DONALD E WILLIAMS, ESQ
501 S RANCHO DRIVE
SUITE D-22
LAS VEGAS, NV 89106-4832

DOBBERSTEIN & ASSOCIATES
1399 GALLERIA DR., #201
HENDERSON, NV 89014-6664

INSULPRO PROJECTS, LLC
1401 TRADE DR
NORTH LAS VEGAS, NV  89030-7803

BOMBARD MECHANICAL, LLC
3933 W ALI BABA
LAS VEAS, NV  89118-1623

PUEBLO ELECTRICAL SERVICES, INC.
C/O WILLIAMS & WIESE
501 S RANCHO DRIVE
SUITE D-22
LAS VEGAS, NV 89106-4832

D.A. WHITACRE CONSTRUCTION, INC
1108 GREENFIELD DR
EL CAJON, CA 92021-3314

REBEL BUILDERS, INC.
C/O WILLIAMS & WIESE
501 S RANCHO DRIVE
SUITE D-22
LAS VEGAS, NV 89106-4832

WESTAR KITCHEN & BATH, LLC
C/O WILLIAMS & WIESE
501 S RANCHO DRIVE
SUITE D-22
LAS VEGAS, NV 89106-4832

BOMBARD MECHANICAL
C/O WILLIAMS & WIESE
501 S RANCHO DRIVE
SUITE D-22
LAS VEGAS, NV 89106-4832

LOFT MODE, LLC
7916 MARBLE CIRCLE
LAS VEGAS, NV 89128

PIPES PAVING
T. JAMES TRUMAN & ASSOCIATES
3654 N RANCHO DR
LAS VEGAS, NV  89130

R.E. LOANS LLC
201 LAFAYETTE CIRCLE
LAFAYETT, CA  94549-4316

1SOURCE
4570 DONOVAN WAY #220
NORTH LAS VEGAS, NV  89081-2790

A&T FLOORING
5380 S CAMERON ST #1
LAS VEGAS, NV 89118-2219

A.N. FARREL & SONS, INC
3761 EAST LAKE RD
DUNKIRK, NY 14048-9738

ADDVISORS
10120 S EASTERN AVENUE,  STE 202
HENDERSON, NV  89052-3951

AHERN RENTALS
4241 S ARVILLE ST
LAS VEGAS, NV  89103-3713

AIR SYSTEMS, INC
4280 W TOMPKINS AVE
LAS VEGAS, NV 89103-5321

AIRGAS WEST
1524 N BOULDER HWY
HENDERSON, NV 89011-4120

ALPHA SECURITY
5258 S EASTERN AVE
LAS VEGAS, NV 89119-2326

AMERICA NEVADA CORP.
901 N GREEN VALLEY PKWY, STE 200
HENDERSON, NV 89074-7105

ANTHONY'S GLASS
4330 DESERT INN #M
LAS VEGAS, NV 89102-7636

B&B HI-TECH SOLUTIONS, LLC
3365 N CRAIG ROAD, STE 4
NORTH LAS VEGAS, NV 89032-5104

BENSON TRUST
7140 DOE AVENUE
LAS VEGAS, NV 89117-1504

BLACK MOUNTAIN ENGINEERING, INC
21 INDUSTRIAL PARK RD, STE 103
HENDERSON, NV  89015-6605

BLUE STAR BARRICADE
3443 NEEHAM RD
NORTH LAS VEGAS, NV 89030-4484

BRIAN HEWITT
10720 BALSAM CREEK AVE
LAS VEGAS, NV 89144

CSS
4450 W DIABLO
LAS VEGAS, NV  89118-2259

CALICO CONSTRUCTION SUPPLY
4001 S DECATUR BLVD #37-361
LAS VEGAS, NV 89103-5860

CALPLY
4450 MCGUIRE STREET
NORTH LAS VEGAS, NV  89081-2710

CELL-CRETE FIREPROOFING OF NEVADA
135 E RAILROAD AVENUE
MONROVIA, CA 91016-4652

CHARLES LEHMAN
808 MALIBU MEADOWS
CALABASAS, CA  91302

CINEVISION
7770 DUNEVILLE STREET, STE #9
LAS VEGAS, NV  89139-6417

CITY OF HENDERSON
240 WATER STREET
HENDERSON, NV  89015

CLARK COUNTY TREASURER
500 S GRAND CENTRAL PKWY
PO BOX 551220
LAS VEGAS, NV  89155-1220

CROWNE CLOSETS
5030 N OQUENDO RD #100
LAS VEGAS, NV  89118-2825

DUNN-EDWARDS PAINTS
4885 E 52ND PL
LOS ANGELES, CA 90040-7803

DARRIN J LANE
6 RUE DE LYNN LANE
SEDONA, AZ 86336-5909

DECK SYSTEMS NEVADA
441 EAST GATE RD, STE A
HENDERSON, NV 89011-4090

DESIGN  WITHIN REACH
730 E RAMPART STREET, STE 4
LAS VEGAS, NV 89145-5808

DWYER ENGINEERING, INC
7330 SMOKE RANCH ROAD #B
LAS VEGAS, NV 89128-1043

DS
365 WYNN RD STE I
LAS VEGAS, NV 89102-8202

EMP CAPITAL, LLC
2220 VILLAGE WALK DR  #3203
HENDERSON, NV 89052

EDWARD AND SHAUNA SMITH
9601 VERLAINE CT
LAS VEGAS, NV 89145-8694

GE CAPITAL/MOD SPACE
530 E SWEDESFORD RD
WAYNE, PA  19087-1607

GRG, INC
1601 WESTHALL LANE
WITLAND, FL 32751

HARRY L SHROEDER
29566 N 105TH WAY
SCOTTSDALE, AZ  85262-4304

HARRY SCHROEDER
2842 RED ARROW
LAS VEGAS, NV 89135-1629

HOME DEPOT
STORE 3306 S LAS VEGAS
200 E SERENE AVE
LAS VEGAS, NV 89123

JBA CONSULTING ENGINEERS
5155 W PATRICK LANE
LAS VEGAS, NV  89118-2828

JACK CLARK
1082 BROOMFIELD DRIVE
HENDERSON, NV  89074-7849

JACKPOT SANITATION SERVICES
2440 MARCO STREET
LAS VEGAS, NV 89115-4597

JOSE ELMER CABEZAS
3939 LASSO CIRCLE
LAS VEGAS, NV 89121

JOSEPH GAST
7730 MEADOW PARK #103
DALLAS, TX 75230-5510

JOSEPH YU
875 SILVERADO RANCH BLVD., #2072
LAS VEGAS, NV  89183-5912

KENDALL E JONES, DDS LTD PRTSHP TRST
13343 N ALPINE COVE DR
ALPINE, UT 84004-1856

LABOR SYSTEMS
PO BOX 1205
CHANDLER, AZ  85244-1205

LAS VEGAS PRINTING PRESS
3070 POST ROAD
LAS VEGAS, NV  89118-3836

LAS VEGAS REVIEW JOURNAL
1111  W BONANZA RD
PO BOX 70
LAS VEGAS, NV 89125-0070

LAS VEGAS UNDERGROUND
5790 WYNN RD STE 2
LAS VEGAS, NV 89118-3076

M FUNCTION
5507 W 76TH
LOS ANGELES, CA 90045-3209

MARK AND TERESA RUESCH
6577 STRAWBERRY CREAM CT
LAS VEGAS, NV 89142-0980

MARZ AND COMPANY
6600 AMELIA EARHART CT
LAS VEGAS, NV 89119-7546

MASS MEDIA
2863 ST ROSE PKWY
HENDERSON, NV 89052

MASS VISION
321 SILVER GROVE ST
LAS VEGAS, NV 89144

MCDONALD CARANO WILSON
2300 W SAHARA AVE STE 1000
LAS VEGAS, NV 89102-4396

MENDENHALL SMITH
3571 RED ROCK ST, STE A
LAS VEGAS, NV 89103-1256

MERCURY LDO
3325 PEPER LANE
LAS VEGAS, NV 89120-2739

MICHELLE RICHUISA
1107 W DOROTHY DR
BREA, CA 92821-2018

MOBILE MINI
4880 E CAREY AVE
LAS VEGAS, NV 89115-5551

NEW CONDOS ONLINE, INC
NEVDA CONDOS ONLINE, INC
8885 RIO SAND DIEGO DRIVE, STE 301
SAN DIEGO, CA 92108-1610

NATIONAL CONSTRUCTION RENTALS
PO BOX 4503
PACOIMA, CA 91333-4503

NEFF RENTAL
ACCT NO 5508471
PO BOX 41321
LOS ANGELES, CA 90074-0001

NEVADA DEPT OF TAXATION
BANKRUPTCY DIVISION
555 E WASHINGTON AVE #1300
LAS VEGAS, NV 89101-1046

NEVADA GYPSUM FLOORS, INC
3588 S VALLEY VIEW BLVD
LAS VEGAS, NV 89103-1899

NEVADA POOLS
5581 S CAMERON
LAS VEGAS, NV 89118-6231

NEVADA WATER COMPANY
6585 ESCONDIDO, STE C
LAS VEGAS, NV 89119-3837

NIC NICCUM
8813 BEACH FRONT DR
LAS VEGAS, NV  89117

NICK TSUMPIS
216 BRIARWOOD LANE
ALEDO, TX  76008-3961

NUCO PLASTERING & STUCCO, INC
9611 N 16TH AVE
PHOENIZ, AZ 85021-2126

T JAMES TRUMAN & ASSOCIATES
3654 N RANCHO DR
LAS VEGAS, NV 89193-3033

PIPES PAVING
3529 CLAYTON STREET
NORTH LAS VEAS, NV 89032-7790

PACE COMMUNICATIONS
PO BOX 60014
CHARLOTTE, NV 28260

PALMER FAMILY TRUST
907 SQUAW PEAK DRIVE
HENDERSON, NV 89014-0356

PHILADELPHIA INS CO
PO BOX 70251
PHILADLPHIA, PA 19176-0251

PICTOGRAPHICS
4830 W OQUENDO
LAS VEGAS, NV 89116

PLAYGROUND CREATIVE
900 VIA DEL TRAMONTO STREET
CHARLOTTE, TX 78011

POST TENSION REPAIR
2799   E TROPICANA AVE #G
LAS VEGAS, NV 89121-7371

POWER PLUS
1005 E EDWARD CT
ANAEIM, CA 92806-2601

PREMIUM FINANCING SPECIALIST, INC
180 N MICHIGAN AVE #1016
CHICAGO, IL 60601-7420

PROJECT SERVICES COMPANY, INC
PO BOX 24628
TEMPE, AZ 85285-4628

R&J STEEL
1161 BROOKS AVE
NORTH LAS VEGAS, NV 89032

R&K CONCRETE CUTTING, INC
3922 OCTAGON RD
NORTH LAS VEGAS, NV 89030

RAE ALAN & CONNIE WHEELER
5424 TOPAZ STREET
LAS VEGAS, NV  89120-3317

REBEL BUILDERS
9165 S JONES BLVD
LAS VEGAS, NV 89139-7308

REPUBLIC SERVICES
770 E SAHARA AVE
LAS VEGAS, NV  89104-2943

RICK MAGNESS
3434 MARLENE WAY
HENDERSON, NV 89014-3746

RINKER MATERIALS
7150 PULLOCK DRIVE
LAS VEGAS, NV  89119-9012

ROBERT RUBENSTIEN
4166 COUNTRY ROAD E
PINE RIVER, WI 54965-8139

RYAN CRIGHTON
2012 N SUNSET RD #120
HENDERSON, NV 89014

SAM & AMALIE RAINEY
1705 CYPRESS MANOR DRIVE
HENDERSON, NV 89012-7226

SCRIPPS INVESTMENTS AND LOANS, INC
484 PROSPECT STREET
LA JOLLA, CA  92037

SECRETARY OF STATE
202 NORTH CARSON STREET
CARSON CITY, NV 89701-4201

SHERRI KETERSON FAMILY TRUST
3695 WHITE RIDGE DRIVE
SAINT GEORGE, UT 84790-6632

SIMPLEXGRINNELL
1545 PARA LANE
LAS VEGAS, NV 89119-3835

SIVERTSON FAMILY TRUST
3681 NOON CREST CIR
LAS VEGAS, NV  89129-5590

SLATON BROS, LLC
2021 W ADOBE DRIVE
PHOENIX, AZ 85027-2012

SMITH CREATIVE COMPANY
9528 MOUNTAINAIR
LAS VEGAS, NV 89134-6221

SOUTHWEST SIGN ART
4065 W MESA VISTA AVE
STE C
LAS VEGAS, NV 89118-1794

STEVE LOPRESTI
17033 ARENA WAY
RAMONA, CA  92065-5936

SUNSET LADDER CO
3360 W SUNSET RD
LAS VEGAS, NV   89118

SUNWORLD MASONRY
3020 BUILDERS
LAS VEGAS, NV   89101-4904

SURFACE
1663 MISSION STREET STE 700
SAN FRANCISCO, CA   94103-2489

THE PLUMBER, INC
59 N 30TH STREET
LAS VEGAS, NV   89101-4901

THYSSENKRUPP ELEVATOR
2455 E PARLEYS WAY, STE 110
SALT LAKE CITY, UT 84109

TIM LOVE
4294 E 1710 S CIRCLE
SAINT GEORGE, UT 84790-2292

US RESOURCES CO
ACCT NO SLADE 01
2951 MARION STE 115
LAS VEGAS, NV   89155-0001

VEGAS MAGAZINE PARTNERS LLC
2290 CORPORATE CIRCLE, STE 250
HENDERSON, NV 89074-7713

VICTORIA NOTO
1501 BLACKCOMBE STREET #202
LAS VEGAS, NV   89128-8018

WESTAR
7370 S DEAN MARTIN DRIVE #401
LAS VEGAS, NV 89128-5949

WESTERN SIGN & FLAG
3060 BUSINESS LANE
LAS VEGAS, NV   89103-4128

WIBLE FAMILY TRUST
2312 CARINTH WAY
HENDERSON, NV 89074-5377

WILLIAMS SCOTSMAN INC
LOSS MITIGATION DEPARTMENT
8211 TOWN CENTER DR
WHITE MARSH, MD  21236-5904

WINROC
ACCT NO 15000424
3775 E SAHARA AVE
LAS VEGAS, NV 89104-4977

XTREME FINANCIAL
1714 W BONANZA RD
LAS VEAS, NV  89106-4704

ZEBE FAMILY LIMITED PARTNERSHIP
& ZEBE LIVING TRUST
2000 SHENLEY CT
LAS VEGAS, NV  89117-8923

MATTHEW L JOHNSON & ASSOCIATES, P.C.
8831 W SAHARA AVE
LAS VEGAS, NV  89117-5865

WILLIAMS SCOTSMAN
ACCT NO 9963858
3435 KIER RD
NORTH LAS VEGAS, NV  89030

MCDONALD CARANO WILSON
2300 W SAHARA AVE   NO. 1000
LAS VEGAS, NV  89102