J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
Charles@coopercoons.com
Cooper Coons, Ltd.
10655 Park Run Drive, Suite 150
Las Vegas, Nevada 89144
(702) 998-1500
*Attorneys for Debtor*

RECEIVED & FILED

APR 26  12 05 PM '11

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

11-16268-bam

In re:

VANTAGE LOFTS, LLC, a Nevada limited-liability company,

Debtor(s),

Case No. BK:

**DECLARATION OF J. CHARLES COONS IN SUPPORT OF DEBTORS MOTION TO FILE ON PAPER**

I, J. Charles Coons declare, under penalty of perjury, that the following is true and correct:

1. I am an attorney-at-law admitted to practice in all courts of the State of Nevada. I have personal knowledge of the facts set forth below, and as to those facts, I believe them to be true, and I am competent to testify.

2. I am the representing attorney for Vantage Lofts, LLC (the "Debtor").

3. I am unable to electronically file the Debtor's voluntary petition, and other associated documents, because I have yet to complete the required CMECF training prior to being given access to the electronic filing system.

4. I am scheduled to participate in said CMECF training in June 2011.

5. The Debtor requires an emergency Chapter 11 filing to prevent the immediate sale of valuable assets and property by existing creditors.

/s/ J. Charles Coons
J. CHARLES COONS, ESQ.

1